**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

- against -

FAIRFIELD PROPOERTIES and PINEWOOOOD
ESTATES AT COMMACK CONDOMINIUM

                    Defendants.
----------------------------------------------------------------X

**JUDGMENT**
CV 21-3701 (JS) (ST)

      A Stipulation and Order of Dismissal with Prejudice of Honorable Joanna Seybert, United States District Judge, having been filed on July 6, 2021; dismissing this action with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) in accordance with the terms of the Settlement Agreement; retaining jurisdiction to adjudicate any disputes arising from, or related to, the execution and enforcement of the Settlement Agreement; ordering each party to bear its own costs, expenses, and fees related to this action; and directing the Clerk of the Court to enter Judgment in this matter accordingly, it is

      **ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) in accordance with the terms of the Settlement Agreement; that the Court retains jurisdiction to adjudicate any disputes arising from, or related to, the execution and enforcement of the Settlement Agreement; that each party shall bear its own costs, expenses, and fees related to this action; and that this case is closed.

Dated: July 7, 2021
      Central Islip, New York

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT
                                  By:   /s/ James J. Toritto
                                            Deputy Clerk